JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO ZUNIGA,<br>　　　　Petitioner,<br>　　v.<br>WARREN MONTGOMERY, Warden,<br>　　　　Respondent. | NO. CV 17-3510-CAS (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 16, 2018

　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE